**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OFFICE CREATE CORPORATION,

                    Petitioner,                    22 **CIVIL** 8848 (ER)

       -against-                                  **JUDGMENT**

PLANET ENTERTAINMENT, LLC, and
STEVE GROSSMAN,

                    Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 11, 2023, OC's petition to confirm the award is GRANTED and the Respondents' cross-petition to vacate the award is DENIED. Petitioner' remaining motions are DISMISSED as moot, Doc. 35. Judgment is entered in favor of OC pursuant to the tribunal's award. Motions, Docs. 1, 24, are terminated and the case is closed.

**Dated:** New York, New York
           September 11, 2023

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                         **BY:**
                                                                       **Deputy Clerk**