UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE CREATE CORPORATION,

                Petitioner,

– *against* –

PLANET ENTERTAINMENT, LLC, and
STEVE GROSSMAN,

                Respondents.

**ORDER**

22-cv-8848 (ER)

RAMOS, D.J.:

    Respondents' opposition to Office Create Corporation's motion to certify the judgment and for permission to register the judgment in other districts (Doc. 52) will be due October 31, 2023. Office Create Corporation's reply will be due November 7, 2023.

    SO ORDERED.

Dated:   October 17, 2023
            New York, New York

                                                            Edgardo Ramos, U.S.D.J.