UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE CREATE CORPORATION,

                Petitioner,

– against –

PLANET ENTERTAINMENT, LLC, and
STEVE GROSSMAN,

                Respondents.

**ORDER**

22-cv-8848 (ER)

RAMOS, D.J.:

      Respondents' opposition to Office Create Corporation's motion for an order rejecting the exemption claim form of Steve Grossman (Doc. 58) will be due January 3, 2024. Office Create Corporation's reply will be due January 10, 2024.

      SO ORDERED.

Dated:   December 13, 2023
            New York, New York

                                                            Edgardo Ramos, U.S.D.J.