**MANDATE**

1:22-cv-08848-ER

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand twenty-three,

Office Create Corporation,

Petitioner - Appellee,

v.

Planet Entertainment, LLC, Steve Grossman,

Respondents - Appellants.

**ORDER**
Docket No. 23-7389

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2024

Counsel for APPELLANT Planet Entertainment, LLC and Steve Grossman has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 9, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before January 9, 2024. The appeal is dismissed effective January 9, 2024 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/24/2024