UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE CREATE CORPORATION,

                Petitioner,

– against –

PLANET ENTERTAINMENT, LLC, and
STEVE GROSSMAN,

                Respondents.

**ORDER**

22-cv-8848 (ER)

RAMOS, D.J.:

On September 11, 2023, the Court granted Office Create's petition to confirm an arbitration award. Doc. 49. Judgment was entered the same day, but the judgment did not include a specific amount. Doc. 50. Office Create has requested that the Court enter an amended judgment. Doc. 70.

In accordance with the terms of the arbitration award, Office Create is entitled to judgment in the amount of $23,272,374.43 and is entitled to interest at a rate of 9% per annum from October 3, 2022 (the date of the award), until such time as all amounts due are satisfied. *See* Doc. 4-1 ¶ 196; *see also* Doc. 19 at 3 n.1. The Clerk of Court is respectfully directed to enter an amended judgment.

        SO ORDERED.

Dated:    January 29, 2024
            New York, New York

                                                                  Edgardo Ramos, U.S.D.J.