**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
OFFICE CREATE CORPORATION,

                      Petitioner,                    22 **CIVIL** 8848 (ER)

               -against-                    **<u>AMENDED JUDGMENT</u>**

PLANET ENTERTAINMENT, LLC, and
STEVE GROSSMAN,

                      Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 29, 2024, and in accordance with the terms of the arbitration award, Office Create is entitled to judgment in the amount of $23,272,374.43 and is entitled to interest at a rate of 9% per annum from October 3, 2022 (the date of the award), in the amount of $1,968,269.04, until such time as all amounts due are satisfied. See Doc. 4-1 ¶ 196; see also Doc. 19 at 3 n.1.

**Dated:**  New York, New York

      January 30, 2024

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**
**BY:**                                         *K. Mango*

                                                                 **Deputy Clerk**