UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE CREATE CORPORATION,

                Petitioner,

– against –

PLANET ENTERTAINMENT, LLC, and
STEVE GROSSMAN,

                Respondents.

**ORDER**

22-cv-8848 (ER)

RAMOS, D.J.:

    Office Create has moved for reconsideration of the Court's order dated April 16, 2024. Doc. 90. Respondents' response shall be due May 14, 2024. Office Create's reply shall be due May 21, 2024.

    Additionally, by May 2, 2024, Respondents shall advise the Court as to their position on whether the May 6 status conference and the hearing requested by Office Create should be stayed pending resolution of the motion for reconsideration.

    SO ORDERED.

Dated:   April 30, 2024
            New York, New York

                                                Edgardo Ramos, U.S.D.J.